```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. GAAB
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone:  (559) 497-4036
 5
    Attorneys for Defendant
 6
 7
              IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                    EASTERN DISTRICT OF CALIFORNIA
 9
10
    JOHN E. DIAS,                 )    1:05-cv-1394 DLB
11                                )
                 Plaintiff,       )    STIPULATION AND ORDER
12                                )    TO EXTEND TIME
                                  )
13           v.                   )
                                  )
14  JO ANNE B. BARNHART,          )
    Commissioner of Social        )
15  Security,                     )
                                  )
16               Defendant.       )
    _____)
17
18       The parties, through their respective counsel, stipulate
19  that defendant's time to respond to plaintiff's confidential
20  letter brief be extended from May 8, 2006 to May 31,2006.
21  ///
22  ///
23  ///
24  ///
25  ///
26
27
28
                                  1
```

1  This is defendant's first request for an extension of time
2  to respond to plaintiff's confidential letter brief.  Defendant
3  needs the additional time to further review the file and prepare
4  a response in this matter.

                                    Respectfully submitted,

Dated: May 10, 2006                 /s/ Joel D. Leidner
                                    (As authorized via facsimile)
                                    JOEL D. LEIDNER
                                    Attorney for Plaintiff


Dated: May 10, 2006                 McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kimberly A. Gaab
                                    KIMBERLY A. GAAB
                                    Assistant U.S. Attorney




      IT IS SO ORDERED.

      **Dated:   May 12, 2006**              **/s/ Dennis L. Beck**
3c0hj8                                  UNITED STATES MAGISTRATE JUDGE